NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE LINK_A_MEDIA DEVICES CORP.,
*Petitioner.*

---

Miscellaneous Docket No. 990

---

On Petition for Writ of Mandamus to the United States District Court for the District of Delaware in case no. 10-CV-0869, Judge Sue L. Robinson.

---

## ON PETITION

---

## O R D E R

Link_A_Media Devices Corp (LAMD) moves without opposition to substitute Daralyn J. Durie as principal counsel and withdraw Deanne E. Maynard, Harold J. McElhinny, Mark W. Danis, Brian R. Matsui, and Adam A. Eltoukhy, as counsel.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 1 6 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 6 2011

JAN HORBALY
CLERK

cc:  Daralyn J. Durie, Esq.
     Indranil Mukerji, Esq.
     Deanne E. Maynard, Esq.
     Mark W. Danis, Esq.
     Adam A. Eltoukhy, Esq.
     Brian R. Matsui, Esq.
     Harold J. McElhinny, Esq.
     Clerk, United States District Court for the District of
Delaware

s24